COMMONWEALTH of Pennsylvania,
Appellee,

v.

Michael M. PRIME, Jr., Appellant.

Supreme Court of Pennsylvania.

Argued Dec. 6, 2000.

Decided Feb. 6, 2001.

Ann E. Ariano, Spero Thomas Lappas, Harrisburg, for Michael Prime, Jr.

Edward Andrew Paskey, Deirdre Sullivan, Hugh S. Rebert, for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

*ORDER*

PER CURIAM:

AND NOW, this 6th day of February, 2001, upon consideration of the stipulation of the parties dated December 6, 2000, the appeal is hereby dismissed as moot.

Alexander V. HART, Appellant,

v.

PENNSYLVANIA BOARD OF PROBATION PAROLE,
Appellee.

Supreme Court of Pennsylvania.

March 12, 2001.

*ORDER*

PER CURIAM:

AND NOW, this 12th day of March, 2001, probable jurisdiction is noted and the order appealed is affirmed.

Jeffrey Paul MOSER, Appellant,

v.

COMMONWEALTH of Pennsylvania, PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

March 20, 2001.

*ORDER*

PER CURIAM:

AND NOW, this 20th day of March, 2001, the Order of the Commonwealth Court is AFFIRMED.